RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil Ghannam, CSN 300730

Attorneys for Defendant
C.O. D. Tangren

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>Plaintiff,<br><br>vs.<br><br>RODRIGUEZ, et al.,<br><br>Defendants | No. 2:15-cv-0575 KJM CKD P<br><br>DEFENDANT TANGREN'S <u>SUBSTITUTION OF COUNSEL;</u> <u>ORDER</u><br><br>[E.D. Local Rule 182(g)] |

BY OUR SIGNATURES BELOW, it is mutually agreed that Shanan L. Hewitt of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:15-CV-00575 KJM CKD P, and Martha P. Ehlenbach, Deputy Attorney General, is substituted out of said case, as attorney of record for Defendant D. Tangren.

I hereby consent to said substitution.

DATED: 2/26/16      /s/ D. Tangren (original signature retained by attorney)

D. Tangren

I hereby agree to said substitution.     RIVERA & ASSOCIATES

DATED: 2/29/16     /s/ Shanan L. Hewitt

SHANAN L. HEWITT

I hereby consent to said substitution.     Office of the Attorney General

DATED: 2/29/16     /s/ Martha P. Ehlenbach

MARTHA P. EHLENBACH

ORDER

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE