1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ESTER BURNETT,                          No.  2:15-cv-0575 KJM CKD P

12                    Plaintiff,

13         v.                                  ORDER

14    R. RODRIGUEZ, et al.,

15                    Defendants.

16

17            This pro se prisoner civil rights action is in the discovery stage.  (ECF No. 37.)  On May

18    20, 2016, plaintiff filed a motion stating that he was transferred from Ironwood State Prison on

19    May 2, 2016 and has yet to receive his legal property at his current institution.  (ECF No. 41; see

20    ECF No. 42.)  Plaintiff avers that, without his legal papers, he cannot respond to discovery

21    requests.  (Id.)  The court will direct defendants to respond to this motion, specifically to update

22    the court on the transfer of plaintiff's legal property to his current institution.[1]  If an extension of

23    time to complete discovery is required, any party may so request.

24    ////

25    ////

26    ////

27    _____

28    [1] The court is less interested in plaintiff's allegations against non-defendants than whether
      plaintiff has received his legal property and, if not, why not and when he is expected to receive it.

                                                  1

Accordingly, IT IS HEREBY ORDERED that defendants shall respond to plaintiff's May 20, 2016 motion no later than 21 days from the date of this order.

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/burn0575.ord