RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Jill B. Nathan, CSN 186136
Jamil Ghannam, CSN 300730

Attorneys for Defendant
D. Tangren

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>   Plaintiff,<br><br>vs.<br><br>RODRIGUEZ, et al.,<br><br>   Defendants | No. 2:15-CV-0575 KJM CKD P<br><br><u>STIPULATED DISMISSAL WITH PREJUDICE</u> |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between plaintiff *in pro per* ESTER BURNETT, and Defendant D. TANGREN, by and through his attorney of record, Jamil R. Ghannam, that Defendant D. TANGREN is dismissed from this action with prejudice. Each party mentioned herein is to bear their own fees and costs.

///

///

///

**IT IS SO STIPULATED.**

Dated: August 12, 2016    /s/ Ester Burnett (original signature retained by attorney)
ESTER BURNETT
Plaintiff *in pro per*

Dated: August 12, 2016    /s/ Jamil R. Ghannam
JAMIL R. GHANNAM
Attorney for Defendant
D. Tangren

**IT IS SO ORDERED.**

Dated: September 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE